757 A.2d 842

**Geraldine LOSCHIAVO**

v.

**WORKERS' COMPENSATION APPEAL BOARD (STROUD MANOR).**

**Petition of Stroud Manor.**

Supreme Court of Pennsylvania.

April 5, 2000.

Christian A. Davis, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

**AND NOW,** this 5th day of April, 2000, the Petition for Allowance of Appeal is **GRANTED** and the order of the Commonwealth Court is **REVERSED.** *Eidem v. WCAB (Gnaden–Huetten Memorial Hospital),* 560 Pa. 439, 746 A.2d 101 (2000). Furthermore, Petitioner's Petition for Supersedeas is **DISMISSED AS MOOT.**